**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
                                        :
MARQUIA N.                              :
                                        :
        v.                              :        NO. 25-CV-3583
                                        :
FRANK BISIGNANO                         :
Commissioner of Social Security         :
_____   :

**O R D E R**

AND NOW, this 1st day of December, 2025, it is hereby ORDERED that Claimant's

Request for Review is DENIED, and JUDGMENT IS ENTERED in favor of Defendant;

The Clerk of Court is hereby directed to mark this case as CLOSED.

BY THE COURT:

_/s/ Scott W. Reid_

_____
SCOTT W. REID, J.
UNITED STATES MAGISTRAGE JUDGE